86 A.3d 129

IN THE MATTER OF JAMES A. BRESLIN, JR., AN ATTORNEY AT LAW (ATTORNEY NO. 224151968).

March 27, 2014.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–225, concluding that **JAMES A. BRESLIN, JR.** of **LYNDHURST,** who was admitted to the bar of this State in 1968, should be censured for violating *RPC* 1.1(a) (gross ne-

glect), *RPC* 1.3 (lack of diligence), *RPC* 1.15(a) (failure to safeguard trust funds), *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations); and *RPC* 8.1(b) and *Rule* 1:20–3(g)(3) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **JAMES A. BRESLIN, JR.** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.